

Before STEPHENS, BONE and ORR, Circuit Judges.

PER CURIAM.

On authority of Commissioner of Internal Revenue v. Culbertson, 69 S.Ct. 1210, the decision of the Tax Court is reversed and the cause is remanded to the Tax Court for further proceedings in conformity with the opinion of the Supreme Court of the United States in the said case of Commissioner of Internal Revenue v. W. O. Culbertson, Sr., and Gladys Culbertson.

Reversed and remanded.

Judge STEPHENS did not participate in this decision.

■

**UNITED STATES v. E. D. ARMSTRONG,. Administrator of the Estate of Robert M. Armstrong, Deceased.**

No. 10757.

United States Court of Appeals
Sixth Circuit.
July 11, 1949.

Paul A. Sweeney, Washington, D. C. (H. G. Morison, Washington, D. C., William McClanahan, and Edward N. Vaden, Memphis, Tenn., Paul A. Sweeney, Massillon M. Heuser, Morton Hollander, Washington, D. C., on the brief), for appellant.

John R. Gilliland, Memphis, Tenn. (Canale, Glankler, Loch & Little, John R. Gilliland and J. C. Rutschman, Memphis, Tenn., on the brief), for appellee.

Before HICKS, Chief Judge, and SIMONS and ALLEN, Circuit Judges.

PER CURIAM.

The judgment entered by the District Court on March 19, 1948 and herein appealed from, is, upon the authority of Brooks v. United States of America, 69 S. Ct. 918, affirmed, except as to the amount of damages allowed; and again upon the authority of the Brooks case, the instant case is restored to the hearing calendar for argument upon the consideration of the problem as to whether there should be a diminution of damages, and upon this feature the Clerk will set the case for argument at the October session next following.

■

**UNITED STATES of America, Plaintiff-Appellee, v. Gene McCANN, Defendant-Appellant.**

No. 280, Docket 21378.

United States Court of Appeals
Second Circuit.
Submitted June 16, 1949.

Decided July 5, 1949.

Gene McCann, pro se.

John F. X. McGohey, United States Attorney, New York City (John J. Donovan, Jr., Assistant United States Attorney, New York City, of counsel), for appellee.

Before SWAN and CHASE, Circuit Judges, and J. JOSEPH SMITH, District Judge.

PER CURIAM.
Order affirmed.